UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN YOO, et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, et al.,<br><br>           Defendants. | Case No. 21-cv-07723-TLT<br><br>ORDER TO SHOW CAUSE<br><br>Re: Dkt. Nos. 59 , 60 , 61 , 62 , and 63 |

    The Complaint in this matter was filed on October 1, 2021.

    The Court stayed the case on March 15, 2023, to allow the parties to complete the appraisal process. The stay was lifted after the Court was notified of the appraisal and arbitration award. On October 6, 2023, the Court issued the Case management order and set an ADR deadline of February 16, 2024, and confirmed the trial schedule.

    On March 28, 2024, the ADR deadline was extended to June 27, 2024. On May 10, 2024, Magistrate Judge Kandis A. Westmore, ordered the parties to submit confidential settlement statements no later than June 24, 2024.

    The parties failed to comply with her subsequent orders dated June 25, 2024 and June 27, 2024.

    For reasons recited in ECF 62 and 63, the Court indicated that should the parties require an extension of the ADR deadline, they must obtain one from the presiding judge before the settlement conference is put back on calendar.

    **<u>Prior to the upcoming case management conference scheduled for July 18, 2024</u>**, the parties are ordered to meet and confer and indicate whether a further extension of the ADR deadline is warranted. The Court further orders the parties to provide the Court with reasons for

1  ignoring the standing order and further orders of the Magistrate Judge.

2  The last day to amend pleading has expired and all dates previously set are maintained.

3  IT IS SO ORDERED.

4  Dated: July 15, 2024

5  _____
   TRINA L. THOMPSON
6  United States District Judge

7

8  9/20/24; 10/1/2024